## Scheidt Estate.

Argued January 11, 1960. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Frederick B. Smillie,* with him *Smillie, Bean, Davis & Tredinnick,* for appellant.

*Russell J. Brownback,* with him *Roger B. Reynolds,* for appellees.

OPINION PER CURIAM, March 15, 1960:

The decree of the court below is affirmed; the costs to be paid by the trust estate.